ACCEPTED
04-14-00498-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/30/2015 3:31:04 PM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**

101 W. Nueva ◆ Paul Elizondo Tower – Suite 310 ◆ San Antonio, TX 78205-3440

Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

June 30, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

> Re:  Benjamin Elias v. State of Texas
> Appeal No. 04-14-00498-CR
> Cause No. 427052

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Benjamin Elias, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Elias. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

> Appellate attorney: Angela Moore (SBN:14320110)
> Date of Opinion and Judgment: June 3, 2015
> Date notification mailed to Appellant: June 12, 2015
> Certified mail number: 7011 1150 0002 0439 3218
> Date return receipt received by the undersigned attorney: June 30, 2015

Sincerely yours,

ANGELA MOORE
Appellate Public Defender

Attachment
/cmb

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Benjamin Elias
(#819778)
Willacy Unit
1695 South Buffalo Dr.
Raymondville, Texas
78105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _M Aye_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  m Tijerina

C. Date of Delivery  6/26/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7011 1150 0002 0439 3218

PS Form 3811, July 2013          Domestic Return Receipt